■ BENITA COLLINS, Respondent, v NATE TOURS BUS CO. et al., Defendants, and SWIFT RIVER TRANSPORTATION, LTD., Appellant. [52 NYS3d 40]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered on or about March 16, 2016, which, in this action for personal injuries sustained when plaintiff slipped and fell as she boarded a bus, denied the motion of defendant Swift River Transportation, Ltd. (Swift River) for summary judgment dismissing the complaint and all cross claims as against it, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

The court erred in denying Swift River's motion for summary judgment. Plaintiff's claim that Swift River negligently allowed a slippery condition to persist on the stairs leading into the bus was precluded, as a matter of law, by plaintiff's testimony that it was raining at the time of the accident (*see Byrne v New York City Tr. Auth.*, 78 AD3d 525 [1st Dept 2010]). "Defendant is not obligated to provide a constant remedy for the tracking of water onto a bus during an ongoing storm" (*Morazzani v MTA N.Y. City Tr.*, 67 AD3d 598, 598 [1st Dept 2009]), and here, the evidence showed that plaintiff was the last of a group of people to board the bus during the rainstorm (*see e.g. Duncan v New York City Tr. Auth.*, 260 AD2d 213 [1st Dept 1999]). Concur—Renwick, J.P., Mazzarelli, Manzanet-Daniels, Feinman and Webber, JJ.